UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

ENTERED ON DOCKET
NOV 0 6 2000

IN RE:

**CHRISTIAN DEROBERT**

Debtor.

CHAPTER 7

NO. 00-44807 JBR

### CERTIFICATE OF SERVICE

The undersigned, attorney for Anna Favreau in the above entitled matter, hereby certifies that a copy of the foregoing:

**NOTICE OF HEARING
ON MOTION BY SECURED CREDITOR ANNA FAVREAU
FOR RELIEF FROM AUTOMATIC STAY
AND OBJECTION BY DEBTOR**

was served by mailing, postage prepaid, a copy of the foregoing to

Joseph Baldiglia Chapter 7 Trustee
1700 Bank of Boston Tower
100 Front Street
Worcester, MA 01608-1477

Edward W. Wayland
701 Washington Street
Newton, MA 02458

Christian Derobert
7 Patti Lane
Maynard, Ma 01754

Citibank
Associated Recovery Systems
3225 North Central Avenue, Suite 801
Phoenix, AZ 85012



Honda Finance
P.O. Box 166469
Irving, TX 75016—6469

UNITED STATES ATTORNEY
ONE COURTHOUSE WAY
SUITE 9200
BOSTON MA 02210

US TRUSTEE
FRANKLIN SQUARE TOWER
600 MAIN STREET SUITE 200
WORCESTER MA 01608

Damonmill Square, Suite SD
9 Pond Lane
Concord, MA 01742—2842

Citifinancial
P.O. Box 17099
Baltimore, MD 21297—0194

Fleet Credit Card
NCC Financial System Inc.
P.C. Box 41457
Philadelphia, PA 01901—1457

COMMONWEALTH OF MASSACHUSETTS
DIV OF EMPLOYMENT AND TRAINING
ATTN CHIEF COUNSEL
HURLEY BLDG - GOVT CENTER
BOSTON MA 02114

TAX COLLECTOR
CITY OR TOWN HALL
Maynard MA 01754

on this date, November 3, 2000

Richard M. Canzano
BBO # 072500
Blumsack & Canzano
36 Commerce Way
Woburn, MA 01801
(781) 935-3500
Fax 781-935-7887